PROB 12C
(6/16)

Report Date: May 15, 2018

# United States District Court

### for the

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 15, 2018

SEAN F. McAVOY, CLERK

Name of Offender: Juan Carlos Jose Zavala        Case Number: 0980 2:13CR02071-SAB-1

Address of Offender:                     , Yakima, Washington 98902

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, U.S. District Judge

Date of Original Sentence: December 16, 2013

Original Offense:        Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1)

Original Sentence:       Prison - 41 months            Type of Supervision: Supervised Release
                         TSR - 36 months

Asst. U.S. Attorney:     AUSA                          Date Supervision Commenced: May 16, 2016

Defense Attorney:        Federal Defenders Office      Date Supervision Expires: May 15, 2019

## PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #19**: You shall abstain from the use of illegal controlled substances, and shall submit to testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: Mr. Zavala tested positive for amphetamine, opiates, and oxycodone on April 6, 2018.

On May 16, 2016, supervised release conditions were reviewed and signed by Mr. Zavala acknowledging his understanding of special condition number 19, which prohibits him from using a controlled substance.

On April 6, 2018, Mr. Zavala submitted to a random drug screen. The test returned presumptive positive for methamphetamine and opiates. The specimen was sent to Alere Toxicology Services for confirmation. The test results returned positive for the presence of amphetamine, opiates, and oxycodone.

Prob12C
**Re: Zavala, Juan Carlos Jose**
May 15, 2018
Page 2

| | | |
|---|---|---|
| 2 | | **Special Condition #19**: You shall abstain from the use of illegal controlled substances, and shall submit to testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: Mr. Zavala has tested positive for amphetamine, methamphetamine, morphine, and ethyl glucuronide on April 12, 2018.

On May 16, 2016, supervised release conditions were reviewed and signed by Mr. Zavala acknowledging his understanding of special condition number 19, which prohibits him from using a controlled substance.

Mr. Zavala submitted to a drug screen at the time of his drug alcohol assessment at Merit on April 12, 2018. The specimen was sent to Cordant Health Solution for results. The test returned positive for the presence of amphetamine, methamphetamine, morphine, and ethyl glucuronide.

3    **Special Condition #19**: You shall abstain from the use of illegal controlled substances, and shall submit to testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Zavala used methamphetamine and heroin on May 3, 2018.

On May 16, 2016, supervised release conditions were reviewed and signed by Mr. Zavala acknowledging his understanding of special condition number 19, which prohibits him from using a controlled substance.

On May 7, 2018, Mr. Zavala attended his one-on-one counseling session at Merit. Based on his behavior, Mr. Zavala was confronted regarding his continued illegal drug use. Mr. Zavala admitted having used methamphetamine and heroin on May 3, 2018. Mr. Zavala provided a urine sample that has been sent the laboratory for drug screening.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    May 15, 2018

s/Jose Zepeda

Jose Zepeda
U.S. Probation Officer

Prob12C
**Re: Zavala, Juan Carlos Jose**
**May 15, 2018**
**Page 3**

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  Other

_____
Signature of Judicial Officer

_____May 15, 2018_____
Date