PROB 12C
(6/16)

Report Date: November 20, 2018

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 21, 2018

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Juan Carlos Jose Zavala        Case Number: 0980 2:13CR02071-SAB-1

Address of Offender:                    , Yakima, Washington, 98902

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, U.S. District Judge

Date of Original Sentence: December 16, 2013

Original Offense:     Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1)

Original Sentence:    Prison - 41 months;            Type of Supervision: Supervised Release
                      TSR - 36 months

Asst. U.S. Attorney:  Benjamin Seal                  Date Supervision Commenced: May 16, 2016

Defense Attorney:     Jeremy Sporn                   Date Supervision Expires: May 15, 2019

## PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 05/15/2018.

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number | Nature of Noncompliance

4 | **Special Condition #19**: You shall abstain from the use of illegal controlled substances, including marijuana, and shall submit to testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but mo more than six tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Zavala is alleged to have used methamphetamine on or about November 4, 2018.

On May 16, 2016, supervised release conditions were reviewed and signed by Mr. Zavala acknowledging his understanding of special condition number 19, which prohibits him from using a controlled substance.

On November 5, 2018, Mr. Zavala was directed to submit to a drug screen. Mr. Zavala failed to report as directed. On November 6, 2018, Mr. Zavala reported to the probation office and submitted to a drug screen which returned presumptive positive for methamphetamine. Mr. Zavala admitted having used the substance. Mr. Zavala signed the admission/denial of drug use form admitting to having used methamphetamine on or about November 4, 2018.

Prob12C
**Re: Zavala, Juan Carlos Jose**
**November 20, 2018**
**Page 2**

| | | |
|---|---|---|
| 5 | **Special Condition #18**: You shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare. You shall contribute to the cost of treatment according to your ability to pay. You shall allow full reciprocal disclosure between the supervising officer and treatment provider. | |

**Supporting Evidence**: Mr. Zavala is alleged to have failed to attend his drug and alcohol treatment program at Merit Resource Services (Merit) on November 5 and 19, 2018.

On May 16, 2016, supervised release conditions were reviewed and signed by Mr. Zavala acknowledging his understanding of special condition number 18, which requires him to participate in a substance abuse treatment program.

On June 26, 2018, Mr. Zavala enrolled in outpatient treatment at Merit.  Mr. Zavala failed to attend substance abuse treatment at Merit on November 5 and 19, 2018.  Mr. Zavala last attended treatment on October 29, 2018.

6    **Special Condition # 19**: You shall abstain from the use of illegal controlled substances, including marijuana, and shall submit to testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but mo more than six tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Zavala is alleged to have failed to submit to random drug testing on November 5 and 14, 2018.

On May 16, 2016, supervised release conditions were reviewed and signed by Mr. Zavala acknowledging his understanding of special condition number 19, which requires him to submit to random urinalysis testing.  On this same date, Mr. Zavala also reviewed and signed the Eastern District of Washington substance abuse testing instructions.

Mr. Zavala was referred to Merit for drug and alcohol testing using the color line.  Mr. Zavala is required to test at least three times per month using this system.  Mr. Zavala failed to report to Merit for a random drug test on November 5 and 14, 2018.

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    November 20, 2018

s/Jose Zepeda

Jose Zepeda
U.S. Probation Officer

Prob12C
**Re: Zavala, Juan Carlos Jose**
**November 20, 2018**
**Page 3**

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_____
Signature of Judicial Officer

November 21, 2018
Date